# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

JENNIFER HSU,

      Plaintiff,

v.

Case No. 1:17-cv-00128-RP

ENHANCED RECOVERY
COMPANY, LLC, and
PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

      Defendants.

## <u>DECLARATION OF JASON DAVIS</u>

JASON DAVIS, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    My name is Jason Davis and I have worked for Enhanced Recovery Company, LLC ("ERC") for approximately twelve years. I am currently ERC's Senior Vice President of Compliance.

2.    I am over the age of twenty-one (21) years, of sound mind and am competent to make this declaration. I have personal knowledge of the statements made herein and could competently testify thereto if called as a witness.

3.    My job duties as ERC's Senior Vice President of Compliance include Quality Assurance, Complaint and Dispute Resolution and Analysis, and overseeing the company's procedures and practices for complying with various federal and state laws applicable to ERC's business. I am personally familiar with the operations of ERC and the instructions that it provides to its employees engaged in collection services.

4.     I am familiar with the lawsuit filed by Jennifer Hsu ("Plaintiff") against ERC currently pending in the United States District Court for the Western District of Texas with Case No. 1:17-cv-00128-RP (referred to hereafter as "this Matter").

5.     ERC's principle place of business is maintained at 8014 Bayberry Road, Jacksonville, Florida 32256. As an entity operating primarily from the state of Florida, ERC has maintained a fictitious name registration in the office of the secretary of state for Florida reflecting the use of ERC as a trade name for Enhanced Recovery Company, LLC. A true and correct copy of ERC's fictitious name registration in the State of Florida is attached hereto as Exhibit "A."

6.     ERC also maintains a license as a debt collector with the state of Florida's office of financial regulation. A true and correct copy of ERC's license from the office of financial regulation is attached hereto as Exhibit "B."

7.     ERC maintains a federal registration with the United States patent and trademark office for the trademark "ERC" for use in connection with providing debt collection services. A true and correct copy of ERC's trademark registration certificate is attached hereto as Exhibit "C."

8.     Enhanced Recovery Company, LLC has been using the trade name ERC in connection with providing debt collection services since the year 1999, as reflected in ERC's trademark registration certificate. It has consistently and regularly conducted business using the acronym "ERC" during that time.

9.     Each letter ERC sent to Ms. Hsu concerning the collection account at issue in this Matter identified the sender of the communication as "ERC," using the commonly used trade name for Enhanced Recovery Company, LLC. Enhanced Recovery Company, LLC has been in

SGR/16263478.2

the practice of using the trade name ERC consistently on its letters to consumers during the time period relevant to the claims asserted in this Matter.

10.     ERC has maintained a bond as required by the Texas financial code with Philadelphia Indemnity Insurance Company with bond no. PB11509601735. Additionally, as required by the Texas financial code, ERC has filed a copy of this bond with the Texas secretary of state. A true and correct copy of the Texas Secretary of State's records relevant to ERC's bonding in the state are attached hereto as Exhibit "D."

11.     I have conducted several searches using the search engines located at www.google.com and www.bing.com. True and correct copies of search results for searches using information contained within the letters at issue in this Matter are attached hereto as Composite Exhibit "E." Each of the searches reflected resulted in the identification of ERC's website, "ercbpo.com," on the first page of search results.

[SIGNATURE PAGE FOLLOWS]

3

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on **5/31**, 2017.

Jason Davis

SGR/16263478.2

# EXHIBIT A



Previous on List     Next on List     Return to List

No Filing History

| Fictitious Name Search |
|---|

Submit

# Fictitious Name Detail

## Fictitious Name

ERC

## Filing Information

| | |
|---|---|
| **Registration Number** | G15000015467 |
| **Status** | ACTIVE |
| **Filed Date** | 02/12/2015 |
| **Expiration Date** | 12/31/2020 |
| **Current Owners** | 1 |
| **County** | DUVAL |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | 31-1680696 |

## Mailing Address

8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256

## Owner Information

ENHANCED RECOVERY COMPANY, LLC
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256
**FEI/EIN Number:** 31-1680696
**Document Number:** M10000003777

## Document Images

02/12/2015 -- REGISTRATION | View image in PDF format |

Previous on List     Next on List     Return to List

No Filing History

| Fictitious Name Search |
|---|

Submit

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

15 FEB 12 AM 1: 12

**Section 1**

1.   **ERC**
Fictitious Name to be Registered  (see instructions if name includes "Corp" or "Inc")

8014 Bayberry Road
Mailing Address of Business
Jacksonville, FL 32256
City                              State                              Zip Code

3. Florida County of principal place of business: _____

Duval
(see instructions if more than one county)

FEI Number: 31-1680696

G15000015467
02/12/15--01009--009  **50.00

This space for office use only

**Section 2**

A. Owner(s) of Fictitious Name if individual(s): (Use an attachment if necessary):

1.
Last          First          M.I.                    2.   Last          First          M.I.

Address                                                     Address

City          State          Zip Code                    City          State          Zip Code

B. Owner(s) of Fictitious Name if other than an individual: (Use attachment if necessary):

1.   Enhanced Recovery Company, LLC                      2.
Entity Name                                               Entity Name
8014 Bayberry Road
Address                                                   Address
Jacksonville, FL 32256
City          State          Zip Code                    City          State          Zip Code

Florida Document Number   M10000003777          Florida Document Number _____

FEI Number:  31-1680696                          FEI Number: _____

☐ Applied for    ☐ Not Applicable               ☐ Applied for    ☐ Not Applicable

**Section 3**

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. In accordance with Section 865.09, F.S., I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in chapter 50, Florida Statutes, in the county where the principal place of business is located. I understand that the signature below shall have the same legal effect as if made under oath.

rlandoll@erccollections.com

Signature of Owner Marty Sarim     Date          E-mail address: (to be used for future renewal notification)

Phone Number:  904-680-2591

**Section 4**

FOR CANCELLATION COMPLETE SECTION 4 ONLY:
FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:

I (we) the undersigned, hereby cancel the fictitious name _____

_____ , which was registered on _____ and was assigned

registration number _____

Signature of Owner          Date          Signature of Owner          Date

Mark the applicable boxes    ☐ Certificate of Status — $10    ☐ Certified Copy — $30
**NON-REFUNDABLE PROCESSING FEE: $50**

FL006 - 12/02/2009 C T System Online          FEB 1 2 2015  Single    CR4E001 (11/09)

R. HUNT

# EXHIBIT B



# FLORIDA OFFICE of FINANCIAL REGULATION

Smart, Efficient and Effective Regulation

Home   About OFR   Apply for a License   Verify a License   File a Complaint   News   Research Resources

## License Search Results Detail

| | |
|---|---|
| License Name: | ENHANCED RECOVERY COMPANY, LLC |
| DBA Name: | ERC AND ENHANCED RESOURCE CENTERS |
| | |
| License Type: | Consumer Collection Agency |
| Status: | Approved |
| Status Effective Date: | 10/27/2016 |
| Original Date of License: | 4/18/2003 |
| License Number: | CCA0900170 |
| License Expiration Date: | 12/31/2017 |
| | |
| License Main Address: | |
| Street: | 8014 BAYBERRY RD |
| City: | JACKSONVILLE |
| State: | FL |
| Zip Code: | 32256 |
| License Mailing Address: | |
| Street: | 8014 BAYBERRY RD |
| City: | JACKSONVILLE |
| State: | FL |
| Zip Code: | 32256 |
| | |
| Phone Number: | |

Search for Final Orders

[ New Search ]   [ Return to Search Results ]

Accessibility                         Contact Us                         Site Map
                                    (850) 487-9687

# EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# ERC

**Reg. No. 5,169,227**

**Registered Mar. 28, 2017**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

Enhanced Recovery Company, LLC (DELAWARE LIMITED LIABILITY COMPANY)
8014 Bayberry Road
Jacksonville, FL 32256

CLASS 36: Debt recovery services

FIRST USE 11-30-1999; IN COMMERCE 11-30-1999

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-674,623, FILED 06-25-2015
JASON PAUL BLAIR, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT D

| Principal Name: **Enhanced Recovery Company LLC fka Enhanced Recovery Corporation** | **# 2** |
|---|---|

| Address: | **8014 Bayberry Road**<br>**Jacksonville, FL 32256** |
|---|---|
| File Number: | **20090310** |
| Status: | **Canceled Close File** |
| Date Filed: | **12/15/2009** |
| Cancellation Date: | **7/5/2013** |
| Phone: | |
| Bonding Company: | **Travelers Casualty and Surety Company of America** |
| Bond No: | **105037859** |

| Principal Name: **Enhanced Recovery Company, LLC dba ERC and dba Enchanced Resource Centers** | **# 3** |
|---|---|

| Address: | **8014 Bayberry Road**<br>**Jacksonville, FL 32256** |
|---|---|
| File Number: | **20150100** |
| Status: | **Active** |
| Date Filed: | **5/11/2015** |
| Cancellation Date: | |
| Phone: | |
| Bonding Company: | **Philadelphia Indemnity Insurance Company** |
| Bond No: | **PB11509601735** |

Instructions:
- There is no fee for this service.
- Wildcard searches are permitted for debt collector principal name. Example: Principal Name: **ABC%**
- Addresses provided were current on the date the Debt Collector was registered. The address provided may no longer be valid if the status is closed.

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

### Debt Collector Search

. Section 392.101 of the Texas Finance Code prohibits a third-party debt collector or credit bureau from engaging in debt collection in Texas unless the third-party debt collector or credit bureau has obtained a surety bond and filed a copy of the bond with the Office of the Secretary of State.

On this site, you can search for individuals and entities that have filed debt collector bonds with the Office of the Secretary of State. The search results will indicate, **based on the information filed with the Office of the Secretary of State,** whether the bond is active, pending cancellation, or has been cancelled. All fields displayed are searchable.

| Debt Collector File Number | Status |
|---|---|
| | |

**Principal Name**
enhanced recovery company

**Address**

**City**

| State | Zip Code |
|---|---|
| | |

**Bonding Company Name**

[ Search ]    [ Start Over ]

**Found: 3 Displayed: 3**

| Principal Name: **Enhanced Recovery Company LLC** | # 1 |
|---|---|
| Address: | **8014 Bayberry Road**<br>**Jacksonville, FL 32256** |
| File Number: | **20130075** |
| Status: | **Canceled Close File** |
| Date Filed: | **4/15/2013** |
| Cancellation Date: | **5/10/2015** |
| Phone: | |
| Bonding Company: | **International Fidelity Insurance Company** |
| Bond No: | **0618670** |

# COMPOSITE EXHIBIT E



| ERC | 🔍 |

Sign in

All    Maps    News    Images    Videos    More          Settings    Tools

About 24,200,000 results (0.77 seconds)

### Electronic Research Collections (ERC)
dosfan.lib.uic.edu/ ▾
The **Electronic Research Collection** (**ERC**) is a partnership between the United States Department of State and the Federal Depository Library at the Richard J.

See results about

ERC (Organization)
Parent organization: Eaton ...
Founded: 2005





Candler-McAfee   Map data ©2017 Google

**Empowerment Resource Center**
5.0          (2) · Reproductive Health Clinic                       🌐
100 Edgewood Ave NE · (404) 526-1143          WEBSITE    DIRECTIONS

**ERC Referrals LLC**
No reviews · Nursing Agency                                         🌐
1170 Peachtree St NE # 1200 · (404) 249-7492          WEBSITE    DIRECTIONS

**ERC Holding Corporation**
No reviews · Financial Planner
Law Office of Brian C. McCarthy, P.C.
1718 Peachtree St NW · (678) 927-9430                            DIRECTIONS

☰  More places

### Worldwide ERC - The Association for Workforce Mobility
www.worldwideerc.org/ ▾
Worldwide **ERC** - The Workforce Mobility Association .... The Worldwide **ERC**® Foundation provides a vehicle for the association's membership to focus on ...

### Events - Worldwide ERC
www.worldwideerc.org/events ▾
WEBINAR: Worldwide **ERC**® Government Affairs Update, 13 July 2017, Virtual - Sponsored by Worldwide **ERC**®. WEBINAR: The Changing Faces of Domestic ...

### ERC Parts Inc. - Welcome to ERC
www.erconline.com/ ▾
**ERC** was founded in 1980... ...as a provider of electronic parts to the cash register industry. We have evolved into one of the nation's Premiere Hospitality ...

### ERC HR Membership, Survey Data, Training | ERC
https://www.yourerc.com/ ▾
**ERC** helps organizations create great workplaces by offering HR resources, training for employees and managers, and consulting services.

### ERC
www.ercbpo.com/ ▾
**ERC** is an international BPO and a full service, end-to-end provider for every aspect of the customer lifecycle.

### Help | ERC
www.ercbpo.com/help/ ▾
Different governing laws allow us the right to attempt to contact you regarding your delinquent debt. If however, we're calling the wrong person or the wrong ...

### ERC | Engineering & Scientific Services
www.erc-incorporated.com/ ▾

Sign in

Google     ERC debt collection                              🔍

All    News    Shopping    Images    Maps    More          Settings    Tools

About 25,500 results (0.79 seconds)

**ERC debt collection - Consumer Help Site - ercbpo.com**
Ad  www.ercbpo.com/ ▾
Relationships, Resources, Results. Dedicated to Excellence · Collections Help
Concerns · Comments · Questions · Let us know
Types: Dispute Resolution, Complaint Submission, Questions

    Contact or Complaint       Stop Calling
    Make a Payment          Careers

**Contact | ERC**
www.ercbpo.com/contact/ ▾
ERC's help page will provide answers to frequently asked questions as well as ... of clients and for more
than just **debt collections**, such as Market Research and ...

**Top 110 Complaints and Reviews about Enhanced Recovery Company**
https://www.consumeraffairs.com › Financial Services › Debt Collection Agencies ▾
          Rating: 1.2 - 106 votes
This **collections** agency has been calling me to **collect a bill** from somebody ... How do I know I can
trust these reviews about **Enhanced Recovery Company**?

**Are You Being Harassed by Enhanced Recovery Company, LLC ...**
www.floridadebtfighters.com/fdcpa-rights/defaulter.../enhanced-recovery-company/ ▾
www.erccollections.com. **Enhanced Recovery Company**, LLC, which also goes by **ERC**, is a **debt
collection** agency with headquarters in Jacksonville, Florida.

People also ask

Who is ERC?

Who is stellar recovery?

What is the IC system?

What is Convergent Outsourcing?

*Feedback*

**BBB Business Profile | ERC - Better Business Bureau**
https://www.bbb.org/north-east-florida/.../collection.../erc-in-jacksonville-fl-1600049... ▾
          Rating: 3 - 39 reviews
BBB Accredited Business. Jacksonville provides **Collection** Agencies in Jacksonville, FL. View full
profile.

**Enhanced Recovery Company | "SCAM, Bam, Thank You, Ma'am ...**
https://debtadventures.wordpress.com/category/enhanced-recovery-company/ ▾
To keep you all form falling asleep, I'll cut to the matter of doing business with **Enhanced Recovery
Company** LLC, the **debt** group that is handling the now ...

**Enhanced Recovery Company, LLC (Collection Agency) - myFICO® Forums**
ficoforums.myfico.com › ... › Rebuilding Your Credit ▾
Mar 27, 2013 - 8 posts
**Enhanced Recovery Company**, LLC (Collection Agency) ... There's a huge difference between a PIF,
which any **debt collector** is apt to scoff up ...

AT&T - **ERC Collection** Settlement         10 posts   Apr 12, 2016
UPDATE! How to handle **Enhanced Recovery Company**  10 posts   Jan 3, 2016
Who has had luck beating **ERC** (Enhanced Recovery ...   10 posts   Apr 14, 2015
**ERC** holds an ATT **debt**, who to pay off?         10 posts   May 15, 2014
More results from ficoforums.myfico.com



**Enhanced Recovery Company - Help With ERC Collections - YouTube**
https://www.youtube.com/watch?v=N0OVs3CaGbE ▾
Jun 16, 2015 - Uploaded by Dan Willis
**Enhanced Recovery Company** is a large, aggressive, third party collection agency
headquartered in ...

**Enhanced Recovery Company - How To Fight ERC Collections**

Google

8014 Bayberry road 🔍

Sign in

All    Maps    Shopping    Images    News    More          Settings    Tools

About 50,400 results (0.85 seconds)



8014 Bayberry Rd, Jacksonville, FL 32256

At this address

First Data Corporation For Enhanced

ERC (Enhanced Resource Centers)
2.0          63 reviews

TMone

**Contact | ERC**
www.ercbpo.com/contact/ ▾
Jacksonville, Florida **8014 Bayberry Road** Jacksonville, FL 32256. Toll Free: (800) 942-0015. Tel:
(904) 680-2591. Careers: (844) 623-7981 ...

**Enhanced Recovery Company, LLC 8014 Bayberry Rd Jacksonville ...**
https://www.mapquest.com/us/florida/.../enhanced-recovery-company-llc-25927635 ▾
★★★☆☆ Rating: 3.2/10 · 2 reviews
Get directions, reviews and information for Enhanced Recovery Company, LLC in Jacksonville, FL.

**BBB Business Profile | ERC - Better Business Bureau**
https://www.bbb.org/north-east-florida/business.../erc-in-jacksonville-fl-16000495 ▾
★★★☆☆ Rating: 3 · 39 reviews
(904) 645-0049 . ERC. 17 years in business. Headquarters. **8014 Bayberry Rd** Jacksonville, FL 32256-
7412. EMAIL WEBSITE ...

**Enhanced Recovery Company - Financial Services - 8014 Bayberry ...**
https://www.yelp.com/biz/enhanced-recovery-company-jacksonville ▾
★☆☆☆☆ Rating: 1.5 · 3 reviews
(904) 680-2591 · 8014 Bayberry Rd Jacksonville, FL 32256.

**Enhanced Recovery Company LLC: Private Company Information ...**
https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapid... ▾
Enhanced Recovery Company LLC company research & investing information. Find executives and the
latest company news.

**Are You Being Harassed by Enhanced Recovery Company, LLC ...**
www.floridadebtfighters.com/fdcpa-rights/defaulter.../enhanced-recovery-company/ ▾
Are You Being Harassed by Enhanced Recovery Company, LLC? Enhanced Recovery Company, LLC **8014
Bayberry Road** Jacksonville, FL 32256 (800) 942- ...

**Enhanced Recovery Company, LLC in Jacksonville, FL | Whitepages**
www.whitepages.com/business/enhanced-recovery-company-llc-jacksonville-fl ▾



ERC

Sign in

Web    Images    Videos    Maps    News

10,700,000 RESULTS    Any time ▾

**Worldwide ERC - The Association for Workforce Mobility**
www.worldwideerc.org ▾
The **Worldwide ERC®** Foundation provides a vehicle for the association's membership to focus on charitable giving with a greater impact and supports education for ...
Sign In · View Jobs · Conferences · Education & Training · About Us · Events

**European Resuscitation Council - Official Site**
https://www.erc.edu ▾
Bringing resuscitation to the world The **European Resuscitation Council** offers a wide range of courses and guidelines concerning modern-day CPR.
View Courses · Contact · Science · View Scientific Partners · Membership · News

**erc | Evaluation Resource Center**
georglaerc.org ▾
Healthcare Georgia Foundation's **Evaluation Resource Center (ERC)** offers evaluation tools and services tailored to help nonprofit health organizations achieve better ...

**ERC | Engineering & Scientific Services**
www.erc-incorporated.com ▾
**ERC**, a thriving small business, is an engineering and scientific services firm providing independent assessment support, IT support, and operations and maintenance ...

**Education & Career Resources of Georgia**
ecrga.com ▾
**Education & Career Resources of Georgia** offers certifications for Patient Care Technician, EKG Technician, Phlebotomy Technician, Clinical Laboratory Technician ...

**erc | Evaluation Resource Center | Toolkit**
www.georglaerc.org/ch1-a.asp ▾
**About the Toolkit.** The **Evaluation Resource Center (ERC)** is a resource provided by the Healthcare **Georgia** Foundation. The **ERC** offers a suite of evaluation tools and ...

**ERC HR Membership, Survey Data, Training | ERC**
https://www.yourerc.com ▾
**ERC** helps organizations create great workplaces by offering HR resources, training for employees and managers, and consulting services.

**School Information - Education & Career Resources of Georgia**
ecrga.com/index.php?option=com_content&view=article&id=2&Itemid=13 ▾
**School Information** MISSION. ... Education & Career Resources of GA is located at 4055 **Lawrenceville** Highway, Lilburn GA 30047. Our location is easily accessible.

**Empowerment Resource Center - LOCATIONS**
www.erc-inc.org ▾
**Empowerment Resource Center (ERC)** provides health-related programs and services, more specifically HIV and STI prevention education, risk ...

**ERC**
www.ercbpo.com ▾
**ERC** is an international BPO and a full service, end-to-end provider for every aspect of the customer lifecycle.

**Related searches for ERC**
erc debt collection               erc scam
erc collections scam          norfolk southern erc mainframe
norfolk southern employee erc    erc health log in
norfolk southern erc             erc jacksonville fl collections

1    2    3    4    5    →

See results for

**European Resuscitation Council**
The European Resuscitation Council is the European Council for Resuscitation Medicine and Emergency Me established in 1989. The ERC's objective is "To preser making high quality resuscitation available to all".

**ERC (Organization)**
ERC is Northeast Ohio's largest organization providing and workplace programs, practices, training and consu hosts the NorthCoast 99 program and sponsors the EF program. It is not uncommon for the media to quote EF

**Worldwide ERC**
1964

**European Research Council**
The European Research Council is a public body for fu of scientific and technological research conducted with European Union. Established by the European Commi in 2007, the ERC is composed of an independent Scie

**ERC Wiping Products | ErcWipe.com**
Ad · www.ErcWipe.com
Wiping Rags, Towels & Spill Control Volume Discount, Shipping

See your ad here »

Privacy and Cookies    Legal    Advertise    About our ads    Help    Feedback



 8014 Bayberry Road

Sign in

Web    Images    Videos    Maps    News

1,310,000 RESULTS        Any time ▾

**Enhanced Recovery Company, LLC 8014 Bayberry Rd ...**
https://www.mapquest.com/.../enhanced-recovery-company-llc-25927635 ▾
2 reviews · 8014 Bayberry Rd, Jacksonville, FL 32256 · (904) 680-2591
**Enhanced Recovery Company, LLC 8014 Bayberry Rd** Jacksonville FL 32256. 2 Reviews
(904) 680-2591 Website. Menu & Reservations Make Reservations .

**8014 Bayberry Rd - Jacksonville FL - MapQuest**
https://www.mapquest.com/.../8014-bayberry-rd-30.225524,-81.564102
View detailed information and reviews for **8014 Bayberry Rd** in Jacksonville, Florida and get driving
directions with **road** conditions and live traffic updates along the ...

**8014 Bayberry Road Jacksonville, FL 32256 - Bizapedia**
https://www.bizapedia.com/addresses/8014-bayberry-road... ▾
**8014 Bayberry Road Jacksonville, FL 32256** - **Enhanced Recovery Company LLC, Enhanced
Recovery Company LLC, Enhanced Recovery Corporation, Enhanced Asset Manag...**

**Contact | ERC**
www.ercbpo.com/contact ▾
**Contact** Right where you need us, when you need us. We're headquartered in Jacksonville, ... **8014
Bayberry Road Jacksonville, FL 32256**. Toll Free: (800) 942-0015

**8014 Bayberry Road, Jacksonville, FL 32256 - LoopNet ...**
www.loopnet.com/Property-Record/8014-Bayberry-Road-Jacksonville-FL... ▾
View Property Record for **8014 Bayberry Road, Jacksonville, FL 32256** to view aerial maps, photos,
property history, comparable sale and lease listings, property sale ...

**8014 Bayberry Rd Jacksonville, FL 32256 - Bizapedia**
https://www.bizapedia.com/addresses/8014-bayberry-rd-jacksonville... ▾
There are 62 companies that have an address matching **8014 Bayberry Rd** Jacksonville, FL 32256. The
companies are **Enhanced Recovery Company LLC, Enhanced Recovery ...**

**Enhanced Recovery Company - Financial Services - 8014 ...**
www.yelp.com › Financial Services ▾
★★ ☆ ☆ ☆  1.5/5 · 3 YELP REVIEWS · Jacksonville, FL · (904) 680-2591
3 reviews of Enhanced Recovery Company "I am happy to report that, as I had previously opined, ...
**8014 Bayberry Rd**, Jacksonville, FL 32256 Get directions. Edit. ...

**Ripoff Report | Enhanced Recovery Company,LLC Complaint ...**
www.ripoffreport.com/reports/enhanced-recovery-companyllc/... ▾
**8014 Bayberry Rd**, Jacksonville, ... **Enhanced Recovery Company,LLC Phoney AT&T Collection
Threat** Jacksonville, Florida. Print this Report. Email this Report. Tweet.

**Enhanced Recovery - Bad Collector**
www.badcollector.com/enhanced-recovery.html ▾
**Enhanced Recovery Company, LLC** ("ERC"), formerly known as **Enhanced Recovery Corporation,** ...
**8014 Bayberry Road Jacksonville, FL 32256.**

**8014 Bayberry Rd | Realgraph - Commercial Observer**
https://commercialobserver.com/.../8014-bayberry-rd-jacksonville-fl ▾
**8014 Bayberry Rd**, Jacksonville, FL, 32256 map. Primary. Delete. Add Address; Jacksonville, FL. map.
Type. Year Built. Square Feet. Other CrediFi Score. Edit Building ...

Some results have been removed

1    2    3    4    5    →

Privacy and Cookies    Legal    Advertise    About our ads    Help    Feedback

PCL XL error

        Warning:    IllegalMediaType