UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER HSU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-cv-128-RP |
| ENHANCED RECOVER COMPANY, LLC, and PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above-entitled action. On January 5, 2018, the Court entered an order granting Defendants' Motion for Summary Judgment. Having done so, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action asserted by Plaintiff in this action are **DISMISSED.** All relief not expressly granted is hereby **DENIED.**

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

**SIGNED** January 12, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE